# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERRI KEMP** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 21-3447** |
| **v.** | : | |
| | : | |
| **KAYLA HOFFMAN,** *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 7th day of January 2022, upon consideration of Plaintiff's *response in opposition to Defendants' notice of removal,* [ECF 8], Defendants' memorandum in support of diversity jurisdiction, [ECF 7], and the allegations contained in Plaintiff's complaint, [ECF 1, Ex. A], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's request to remand is **DENIED**.

It is further **ORDERED** that Defendant Kayla Hoffman *only* is dismissed from this action.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*